## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TYLER'S RESTAURANT, INC. <br>     Plaintiffs <br><br> Vs. <br><br> TRAVELERS PROPPERTY <br> CASUALTY COMPANY OF AMERICA, <br> and A through Z who are <br> fictitious parties to be named <br> at a later date when their identities <br> become known, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 3:06cv815-VPM

### OBJECTION TO REMOVAL AND REQUEST FOR REMAND
### TO THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

Now comes the Plaintiff, by and through counsel, and does point out to this Court that this action should not have been removed as Plaintiff has made a specified claim for damages in the amount of $74,999.00; and no more. As Defendant's correctly point out, where the specified damages are $75,000.00 or less in a diversity case, this Court does not have jurisdiction. Therefore, this matter should be remanded back to the Lee County Circuit Court where it was originally filed.

Respectfully submitted, this day: Friday, October 06, 2006.

Michael C. Fellows (FEL006)
Attorney for Plaintiff

Hand, Fellows & Associates
114 N 8th St.
Opelika, AL 36801

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the attached **OBJECTION TO REMOVAL AND REQUEST FOR REMAND TO THE CIRCUIT COURT OF**

**LEE COUNTY, ALABAMA** upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the day, Friday, October 06, 2006.

Honorable Ann McMahan
Dominick, Fletcher, et al.
2121 Highland Avenue South
Birmingham, Alabama 35205

☒U.S. Mail    [ ] Facsimile    [ ] Hand Delivery    [ ] Overnight Delivery_____
_____


_____
Mike Fellows