IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TYLER'S RESTAURANT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV815-VPM |
| ) | |
| TRAVELERS PROPERTY ) | |
| CASUALTY COMPANY OF ) | |
| AMERICA, et al., ) | |
| Defendants. ) | |

## ORDER

This case was removed from the Lee County Circuit Court on 11 September 2006 (Doc. # 1). On 10 October 2006, the plaintiff objected the removal and moved for remand to the circuit court (Doc. # 3). Upon consideration of the motion, and for good cause, particularly the plaintiff's "specified claim for damages in the amount of $74.999.00; and no more", it is

ORDERED that, on or before 20 October 2006, the defendant shall show cause why the motion to remand should not be granted.

DONE this 11th day of October 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE