IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 OCT 30   A 9:44

...RA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TYLER'S, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06CV815-VPM |
| | ) |
| TRAVELERS PROPERTY CASUALTY | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

10/26/06
DATE

*[signature]*
SIGNATURE

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA
COUNSEL FOR (print name of all parties)

2121 HIGHLAND AVE. SOUTH
BIRMINGHAM, ALABAMA 35205
ADDRESS, CITY, STATE, ZIP CODE

(205) 939-0033
TELEPHONE NUMBER

*** DO NOT FILE THIS DOCUMENT ELECTRONICALLY ***

3