IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TYLER'S RESTAURANT, INC. )<br>    Plaintiffs             )<br>                                )<br>Vs.                            )<br>                                )<br>TRAVELERS PROPPERTY  )<br>CASUALTY COMPANY OF AMERICA, )<br>and A through Z who are      )<br>fictitious parties to be named    )<br>at a later date when their identities )<br>become known,                )<br>    Defendants            )  | Civil Action No. 3:06cv815-VPM |

## CONSENT TO ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

As the Plaintiff has disputed jurisdiction in this matter, it does continue to dispute subject matter jurisdiction in this case.

Respectfully submitted, this day: Wednesday, November 22, 2006.

_____
Michael C. Fellows (FEL006)
Attorney for Plaintiff

114 N 8th St.
Opelika, AL 36801
(334) 741-4077

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the attached

## CONSENT TO ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE

upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the day, Wednesday, November 22, 2006.

Honorable Ann McMahan
Dominick, Fletcher, et al.
2121 Highland Avenue South
Birmingham, Alabama 35205

☒U.S. Mail     [ ] Facsimile     [ ] Hand Delivery     [ ] Overnight Delivery_____

Mike Fellows